# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                         NO. 2021 KW 0283

VERSUS

LANCE GRANDISON                                           **JUNE 7, 2021**

---

In Re:      Lance Grandison, applying for supervisory writs, 22nd
            Judicial District Court, Parish of Washington, No. 16-
            CR6-133262.

---

**BEFORE:     WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

                              **VGW**
                              **JEW**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
            FOR THE COURT